[Civ. No. 2388. Second Appellate District.—October 4, 1917.]

WILLIAM E. BEECHAM, Respondent, v. C. Y. BURNS, City Clerk, Appellant.

ELECTION LAW—CERTIFICATION OF RECALL PETITION.—Judgment affirmed on the authority of *Beecham* v. *Burns, ante,* p. 754.

APPEAL from a judgment of the Superior Court of Los Angeles County. Curtis D. Wilbur, Judge.

The facts are similar to those stated in *Beecham* v. *Burns, ante,* p. 754, [168 Pac. 1058].

Charles W. Lyon, and Fredericks & Hanna, for Appellant.

Roy A. Linn, Muhleman & Crump, and William M. Humphreys, for Respondent.

THE COURT.—This is said to be an action to compel appellant, as city clerk of the city of Venice, to certify to the sufficiency of a certain recall petition for the recall of one Carlos L. Smart, a trustee of that city. In all respects necessary to be considered for the purposes of a decision, this case is like No. 2387, *Beecham* v. *Burns, ante,* p. 754, [168 Pac. 1058], in which our decision is this day filed. Upon the authority of that decision, the judgment in this action is affirmed.